IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No.: 20-20309 JAD |
| Delores J. Boughter, | Chapter 7 |
| Debtor. | Related to Document No.: 23 |
| Charles O. Zebley, Jr., | |
| Trustee/Movant, | |
| vs. | **DEFAULT O/E JAD** |
| Delores J. Boughter, | |
| Debtor/Respondent. | |

ORDER

AND NOW, upon consideration of the objection of Charles O. Zebley, Jr., Trustee, to Debtor's exemptions, the court sustains those objections and orders, adjudges, and decrees as follows:

1. Debtor, Delores J. Boughter, owns 3052 Boughter Drive, New Castle, Pennsylvania (the "premises").

2. Debtor resides at 20 Orchard Drive, Grove City, Pennsylvania.

3. Debtor cannot exempt her equity in the premises under 11 U.S.C. §522(d)(1).

4. Debtor may only exempt her equity in the premises under 11 U.S.C. §522(d)(5).

5. Debtor has $12,575 of exemption still available under 11 U.S.C. §522(d)(5). This is the most Debtor can exempt in the premises.

BY THE COURT,

Dated: December 17, 2020

_____ sjk
United States Bankruptcy Judge
Jeffery A. Deller

FILED
12/17/20 9:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA