# Notice Recipients

District/Off: 0315–2    User: dkam    Date Created: 12/17/2020
Case: 20–20309–JAD    Form ID: pdf900    Total: 6

**Recipients of Notice of Electronic Filing:**
ust    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
tr    Charles O. Zebley, Jr.    COZ@Zeblaw.com
aty    Charles O. Zebley, Jr.    COZ@Zeblaw.com
aty    Charles O. Zebley, Jr.    COZ@Zeblaw.com
aty    Paula J. Cialella    paula@nypalaw.com

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Delores J Boughter    Orchard Manor    20 Orchard Drive    Grove City, PA 16127

TOTAL: 1