# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315–2 | User: dkam | Date Created: 3/1/2021 |
| Case: 20–20309–JAD | Form ID: 129 | Total: 4 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Charles O. Zebley, Jr. | COZ@Zeblaw.com |
| aty | Charles O. Zebley, Jr. | COZ@Zeblaw.com |
| aty | Charles O. Zebley, Jr. | COZ@Zeblaw.com |
| aty | Paula J. Cialella | paula@nypalaw.com |

TOTAL: 4